UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL C. CARTER,<br><br>      Plaintiff,<br><br> v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, and JAMIE CALLEY,<br><br>      Defendants. | No. C11-5626 RJB/KLS<br><br>ORDER DENYING MOTION TO SUBMIT SERVICE COPIES |

Before the Court is Plaintiff's motion to submit service copies after the Court's initial screening of his complaint. ECF No. 12. The Court directed service of Plaintiff's Complaint on September 7, 2011. ECF No. 11. Thus, the motion is moot.

Accordingly, Plaintiff's motion (ECF No. 12) is **DENIED as moot.**

**DATED** this  18th  day of October, 2011.

                Karen L. Strombom
                United States Magistrate Judge

ORDER - 1