UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL C. CARTER,

                Plaintiff,

  v.

WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FARKER, BRENT CARNEY, JAY A. JACKSON, and JAMIE CALLEY,

                Defendants.

No. C11-5626 RJB/KLS

**ORDER DENYING MOTION TO COMPEL**

Before the Court is Plaintiff's Motion to Compel. ECF No. 26. Having reviewed the motion and Defendants' response (ECF No. 27), the Court finds that the motion should be denied because Plaintiff did not include a certification in his motion that he conferred with counsel for Defendants before he filed his motion and because his motion is now moot as Defendants have complied with his request.

Plaintiff is advised that while a party may apply to the Court for an order compelling discovery "upon reasonable notice to other parties and all persons affected thereby," the motion must also include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court intervention." Fed. R. Civ. P. 37(a)(2)(B). In addition, "[a] good faith effort to confer with a party or person not making a disclosure or discovery requires a face-to-face meeting or a telephonic conference." Local Rule CR 37(a)(2)(A).

ORDER - 1

The Court anticipates that the parties will confer and make a good faith effort to resolve their discovery disputes without Court interference. The Court will not address any motions lacking such a certification.

Moreover, the sole issue raised in Plaintiff's motion is that he wants documents responsive to his First Request for Production of Documents sent to him on a CD. ECF No. 26. Defendants sent him the CD. ECF No. 27, Exhibit 1.

Accordingly, it is **ORDERED**:

(1) Plaintiff's motion to compel (ECF No. 26) is **DENIED.**

(2) The Clerk of the Court shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  30th  day of April, 2012.

Karen L. Strombom
United States Magistrate Judge