1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7   DANIEL C. CARTER,

8                                    Plaintiffs,

9        v.

10  WASHINGTON DEPARTMENT OF
    CORRECTIONS, ELDON VAIL,
11  RONALD FRAKER, BRENT
    CARNEY, JAY A. JACKSON, and
12  JAMIE CALLEY,

13                                    Defendants.

NO. C11-5626 RJB/KLS

ORDER GRANTING EXTENSION OF
PRETRIAL DEADLINES

14          Before the Court is Plaintiff's motion requesting an extension of the discovery
15  deadline.  ECF No. 29.  Defendants do not oppose a 45 to 60 day extension.  ECF No. 30.
16  Pursuant to the Pretrial Schedule Order, the discovery deadline was May 18, 2012, the
17  dispositive motions deadline is August 17, 2012, and the parties' joint status report is due by
18  November 23, 2012.  ECF No. 25.  The Court finds that an extension of the discovery
19  deadline shall be granted and the other deadlines shall be extended accordingly.
20          It is, therefore, **ORDERED**:
21          (1)      Plaintiffs' Motion for Extension (ECF No. 29) is **GRANTED;** discovery shall
22  be completed by **July 20, 2012;** dispositive motions shall be filed by **October 19, 2012;** and
23  the parties' joint status report is due by **January 18, 2013.**
24
25
26

1

2

      (2)     The Clerk shall send copies this Order to Plaintiff and to counsel for Defendants.

3

4

      **DATED** this  _6th_  day of June, 2012.

5

6

7

                                      Karen L. Strombom
                                      United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26