# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DANIEL C. CARTER,

    Plaintiffs,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, and JAMIE CALLEY,

    Defendants.

NO. C11-5626 RJB/KLS

ORDER GRANTING EXTENSION OF PRETRIAL DEADLINES

Before the Court is Plaintiff's motion requesting an extension of the discovery deadline. ECF No. 29. Defendants do not oppose a 45 to 60 day extension. ECF No. 30. Pursuant to the Pretrial Schedule Order, the discovery deadline was May 18, 2012, the dispositive motions deadline is August 17, 2012, and the parties' joint status report is due by November 23, 2012. ECF No. 25. The Court finds that an extension of the discovery deadline shall be granted and the other deadlines shall be extended accordingly.

It is, therefore, **ORDERED**:

(1) Plaintiffs' Motion for Extension (ECF No. 29) is **GRANTED;** discovery shall be completed by **July 20, 2012;** dispositive motions shall be filed by **October 19, 2012;** and the parties' joint status report is due by **January 18, 2013.**

(2) The Clerk shall send copies this Order to Plaintiff and to counsel for Defendants.

**DATED** this  6th  day of June, 2012.

*[signature]*

Karen L. Strombom
United States Magistrate Judge