UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL C. CARTER,<br><br>                              Plaintiff,<br><br>     v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, and JAMIE CALLEY,<br><br>                              Defendants. | No. C11-5626 RJB/KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXCESS PAGES |

Defendants seek leave to file a summary judgment motion that exceeds the 24- page limit by 6 pages.  ECF No. 37.  The dispositive motions deadline in this case is October 19, 2012.  ECF No. 31.

Accordingly, it is **ORDERED**:

(1) Defendants' motion (ECF No. 37) is **GRANTED.**  Pursuant to CR 7(f)(4), Plaintiff shall be allowed an equal number of additional pages (6) in his brief in opposition.

(2) The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 22nd  day of October, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER- 1