UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL C. CARTER,

                Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, and JAMIE CALLEY,

                Defendants.

No. C11-5626 RJB/KLS

ORDER DENYING DEFENDANTS' MOTION FOR EXTENSION OF TIME AS MOOT

Defendants filed a Motion for Extension of Time to file their reply to Plaintiff's response to Defendants' Motion for Summary Judgment. ECF No. 45. The motion was noted for December 21, 2012. On December 10, 2012, Defendants filed their reply. ECF No. 46. The reply was timely filed within the present deadline.

Accordingly, it is **ORDERED:**

(1) Defendants' motion for extension of time (ECF No. 45) is **DENIED as moot.**

(2) The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 17th day of December, 2012.

                Karen L. Strombom
                United States Magistrate Judge

ORDER- 1