UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL C. CARTER,

                Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, and JAMIE CALLEY,

                Defendants.

No. C11-5626 RJB/KLS

ORDER GRANTING DEFENDANTS' MOTION TO EXTEND JOINT STATUS REPORT DEADLINE

Defendants request a ninety day extension of the joint status report deadline. ECF No. 51. Defendants' motion for summary judgment (ECF No. 38) is pending. The current joint status report deadline is January 18, 2013. ECF No. 31.

Accordingly, it is **ORDERED**:

1)     Defendants' motion (ECF No. 51) is **GRANTED.**

2)     The parties' deadline for filing a joint status report shall be extended to **April 19, 2013.**

3)     The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this __28th__ day of January, 2013.

                              Karen L. Strombom
                              United States Magistrate Judge

ORDER- 1